Argued and submitted September 14, affirmed as modified October 11, decision
withdrawn by order November 20, 1989

In the Matter of the Marriage of

## HISE,
*Appellant,*

*and*

## HISE,
*Respondent.*

(88P-2239; CA A50474)

779 P2d 1106

Joseph E. Penna, Monmouth, argued the cause and submitted the brief for appellant.

Russell Lipetzky, Salem, argued the cause for respondent. With him on the brief was Paul Saucy, P.C., Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this dissolution proceeding, we agree with wife that the amounts of permanent spousal support and child support awarded by the trial court are too low. On *de novo* review, we modify the judgment to require husband to pay permanent spousal support of $200 per month and child support of $200 per month per child. The judgment is affirmed in all other respects.

Judgment modified to require husband to pay permanent spousal support of $200 per month and to provide child support of $200 per month per child; affirmed as modified. Costs, not including attorney fees, to wife.